| | |
|---|---|
| LORCAN T. KILROY, | Case No.: CV 16-09068-DMG (JDE) |
| Plaintiff, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| LOS ANGELES UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the Motion to Dismiss filed by defendants Los Angeles Unified School District Board of Education ("LAUSD"), John Plevack, Paula Greene, Justo Avila, George McKenna, Scott Schmerelson, Monica Ratliff, and Ref Rodriguez ("Motion to Dismiss"), the Opposition of Plaintiff Lorcan T. Kilroy, the Reply of the moving defendants, the other records on file herein, and the Report and Recommendation of the assigned United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

1. The Magistrate Judge's Report and Recommendation is approved and accepted, with some modifications noted below.

2. The Motion to Dismiss Causes of Action One through Eight against defendant LAUSD is GRANTED without leave to amend as to those claims. Any request to raise new causes of action against defendant LAUSD must be raised by way of a motion to amend.

3. The Motion to Dismiss Causes of Action One through Seven in the First Amended Complaint is GRANTED as to defendants John Plevack, Paula Greene, Justo Avila, George McKenna, Scott Schmerelson, Monica Ratliff, and Ref Rodriguez in their official capacities, without leave to amend as to those claims. Any request to raise new causes of action against LAUSD Individual Defendants in their official capacity must be raised by way of a motion to amend.

4. The Motion to Dismiss Causes of Action Nine and Ten by defendants John Plevack, Paula Greene, Justo Avila, George McKenna, Scott Schmerelson, Monica Ratliff, and Ref Rodriguez in their individual capacities is DENIED.

5. All remaining defendants, who have not otherwise filed their Answer, shall file their Answer to the First Amended Complaint within 21 days after the date of this Order.

DATED: October 3, 2017

DOLLY M. GEE
United States District Judge