UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORCAN T. KILROY,<br><br>                Plaintiff,<br><br>        v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al.,<br><br>                Defendants. | NO. CV 16-09068-DMG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed: the operative First Amended Complaint (Dkt. 17, "FAC") filed by Plaintiff Lorcan T. Kilroy ("Plaintiff") against, among others, Defendants John Plevack, Paula Greene, Justo Avila, George McKenna, Scott Schmerelson, Monica Ratliff, Ref Rodriguez, and Michel Vezina (collectively "Defendants"); the Motion for Summary Judgment filed by Plaintiff (Dkt. No. 147, "Plaintiff's Motion") and all documents filed in support of and in opposition to Plaintiff's Motion (including Dkt. Nos. 148, 149, 154-156, 167-169, 187, 197, and 198); the Motion for Summary Judgment filed by Defendants (Dkt. No. 157,

"Defendants' Motion") and all documents filed in support of and in opposition to Defendants' Motion (including Dkt. Nos. 158-161, 181, 182, 193-198, 215-219, and 221-228); the other records on file herein; the Report and Recommendation of the assigned United States Magistrate Judge (Dkt. No. 237), the Objections to the Report and Recommendation filed by Plaintiff (Dkt. No. 238) and the Reply to Plaintiff's Objection filed by Defendants (Dkt. No. 239). The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made.

IT IS HEREBY ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation is approved and accepted.

2. Defendants' Motion is granted as to Claims Nine and Ten in the FAC asserting federal civil rights claims under 42 U.S.C. § 1983 and those claims shall be dismissed with prejudice;

3. Defendants' Motion is denied as to the remaining claims asserted against Defendants, Claims One through Three, Six, and Seven in the FAC, but the Court declines to exercise supplemental jurisdiction over these state law claims and dismisses those claims without prejudice to Plaintiff raising them in state court;

4. Plaintiff's Motion is denied in its entirety, including the request for leave to amend the FAC; and

5. Judgment shall be entered accordingly.

DATED: March 29, 2019

_____
DOLLY M. GEE
United States District Judge