JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LORCAN T. KILROY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, et al.,<br><br>　　　　Defendants. | NO. CV 16-09068-DMG (JDE)<br><br>JUDGMENT |

　　　Pursuant to the Orders Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED as follows:

　　　1.　Plaintiff Lorcan T. Kilroy ("Plaintiff") shall take nothing by his First Amended Complaint.

　　　2.　This action is dismissed with prejudice in its entirety as to Defendant Los Angeles Unified School District Board of Education and as to Defendants John Plevack, Paula Greene, Justo Avila, George McKenna, Scott Schmerelson, Monica Ratliff, Ref Rodriguez in their respective official capacities;

3. Claims Nine and Ten in Plaintiff's First Amended Complaint, alleging violations of 42 U.S.C. § 1983 against Defendants John Plevack, Paula Greene, Justo Avila, George McKenna, Scott Schmerelson, Monica Ratliff, and Ref Rodriguez in their respective individual capacities, are dismissed with prejudice; and

3. All remaining claims alleged by Plaintiff in the First Amended Complaint against Defendants John Plevack, Paula Greene, Justo Avila, George McKenna, Scott Schmerelson, Monica Ratliff, Ref Rodriguez, and Michel Veniza, are dismissed without prejudice to Plaintiff asserting such claims in state court.

DATED: March 29, 2019

_____
DOLLY M. GEE
United States District Judge